# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| INNOKENTII ALEKSEEV | ) | CIVIL ACTION NO.  26-cv-00942 |
| | ) | |
| VERSUS | ) | JUDGE DOUGHTY |
| | ) | |
| BRIAN ACUNA, ET AL | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| | ) | |

## ORDER

The Court having before it Federal Respondents' Motion for Extension of Time to Respond to Habeas Petition, and for good cause shown therein,

**IT IS ORDERED** that the motion for extension is **GRANTED**, and the deadline for Respondents to file their answer to the Petition is extended seven (7) days, or until **May 11, 2026**.

**THUS DONE AND SIGNED** this __1st__ day of ____May____, 2026 at Alexandria, Louisiana.

_____
**HONORABLE JOSEPH H. L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**